NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Guy C Fitzer
13100 W Haley
Manhattan, IL 60442
SSN: xxx−xx−6018 EIN: N.A.
dba Fitzer Trucking, Inc.

Case No. : 17−27826
Chapter : 13
Judge : Pamela S. Hollis

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : JPMorgan Chase Bank, NA Chase Records Center

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Shellpoint Mortgage Servicing of your claim in the above matter, designated Claim No. 5 in the amount of $306840.01.   If no objections are filed by you on or before September 18, 2018 the Court shall substitute Shellpoint Mortgage Servicing in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: August 28, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Guy C Fitzer  
      Debtor

Case No. 17-27826-PSH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: pseamann     Page 1 of 1     Date Rcvd: Aug 28, 2018  
                     Form ID: ntcasclm    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
```
db              Guy C Fitzer,    13100 W Haley,    Manhattan, IL   60442
26277879       +JPMorgan Chase Bank, NA Chase Records Center,    Attn: Correspondence Mail,   Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
```
          Amanda J Wiese    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcy@hsbattys.com,   bk4hsbm@gmail.com
          David H Cutler    on behalf of Debtor 1 Guy C Fitzer cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Jose G Moreno    on behalf of Creditor    JPMorgan Chase Bank, National Association
           nd-one@il.cslegal.com
          Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC iln@riezmanberger.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```