UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | PAMELA S. HOLLIS | Hearing Date | March 22, 2019 |
| Bankruptcy Case | 17 B 27826 | Adversary No. | |
| Title of Case | Guy Fitzer | | |

**Brief Statement of Motion:** Trustee Motion to Dismiss Debtor for Failure to Make Plan Payments (Docket #51)

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Due to clerical error, it is hereby ordered that order dated March 22, 2019, docket entry no. 51, is vacated.

ENTERED _/s/ Pamela S. Hollis_